**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| DINA THAMAR PACHECO-GONZALEZ | ) Case No.: 03-06552-TUC-EWH |
| | ) **Application for Payment of Unclaimed Funds to the U.S. Bankruptcy Court** |
| Debtor | ) |

Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| Check No. | Date Issued | Debtor/Creditor Name and Address | Amount |
|---|---|---|---|
| 141140 | 03/31/2009 | CITIFINANCIAL INVESTMENT RECOVERY<br>PO BOX 913<br>OWINGSMILLS, MARYLAND 21117 | $143.84 |
| 140884 | 03/31/2009 | CHEVRON TEXACO<br>PO BOX 5010<br>CONCORDE, CA 94524 | $13.10 |
| | | **Total** | **$156.94** |

The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $156.94 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 08/25/2009

**/s/ Dianne C. Kerns, #011557**
Dianne C. Kerns, Esq.
Chapter 13 Trustee